■ In the Matter of LAWRENCE E. EDEN, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240

AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)